UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Pool Punisher LLC

           Plaintiff,

v.

           Case No.: 1:24−cv−00622

           Honorable LaShonda A. Hunt

The Partnerships and Unincorporated Associations Identified in Schedule A, et al.

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 25, 2024:

      MINUTE entry before the Honorable LaShonda A. Hunt: Telephonic motion hearing held. Plaintiff appeared through Counsel, and Weiyi Qiu appeared for herself and Defendant HOT MAMA. Ms. Qiu stated that she is the sole−owner of HOT MAMA and that she is not a lawyer. The Court advised Ms. Qiu that only a lawyer can represent a company and allowed her to speak today in court to understand her position. As discussed on the record, Plaintiff's motion for preliminary injunction [34] and HOT MAMA's related filings [39], [41] are entered and continued for telephonic hearing on 7/18/24 at 9:30AM. Attorneys/parties should appear for the hearing by calling the Toll−Free Number: 877−336−1828, Access Code: 4082461. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. For the reasons stated in the Court's initial order entering the TRO and the order extending the TRO, the TRO is extended to and including the date the Court adjudicates the motion for a preliminary injunction. See H−D Mich., LLC v. Hellenic Duty Free Shops S.A., 694 F.3d 827, 843–45 (7th Cir. 2012). Because this extension exceeds the maximum duration for a TRO under Fed. R. Civ. P. 65(b), this extension "becomes in effect a preliminary injunction that is appealable, but the order remains effective." Id. at 844. Plaintiff is directed to serve a copy of this minute order upon all affected Defendants within one business day of its entry on the docket and promptly file proof of that service. Because no appearance has been filed for HOT MAMA, Plaintiff agrees to serve HOT MAMA via email at 123925373@qq.com and laluu.hu@gmail.com. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was

generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.